IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CYTINA MILNER,           ) | |
| ) | |
|    Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| v.                       ) | 3:04cv919-MHT |
| ) | (WO) |
| LEE COUNTY, ALABAMA,     ) | |
| et al.,                  ) | |
| ) | |
|    Defendants.         ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants' motions for summary judgment (Doc. Nos. 23 & 25) are denied as to plaintiff Cytina Milner's Title VII claims and ADA retaliation claim.

(2) Said motions are granted in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 16th day of May, 2006.**

                              **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**