IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CYTINA MILNER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:04cv919-MHT |
| | ) | (WO) |
| LEE COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 104), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of June, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE